**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-2245**

───────────

PAUL D. ATWOOD,

                    Plaintiff – Appellant,

          v.

COMMISSIONER, SOCIAL SECURITY,

                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Stephanie  A.  Gallagher,  Magistrate
Judge.  (1:11-cv-01742-SAG)

───────────

Submitted:  March 28, 2014          Decided:  April 1, 2014

───────────

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Paul D. Atwood, Appellant Pro Se. Alex Gordon, Assistant United
States  Attorney,  Baltimore,  Maryland;  Craig  Ormson,  SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul D. Atwood appeals the magistrate judge's order[*] upholding the Commissioner's denial of Atwood's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Atwood v. Comm'r, No. 1:11-cv-01742-SAG (D. Md. Aug. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge.